UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSHUA JEROME BRIDGES                                                                  PLAINTIFF

v.                                            No. 2:21-CV-02096

LIEUTENANT CARRIE DOWDY, et al.                                                    DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 7) from Chief United States Magistrate Judge Mark E. Ford.  Magistrate Judge Ford previously ordered (Doc. 5) Plaintiff to file supplemental information in support of his motion (Doc. 4) to proceed in forma pauperis or to pay the filing fee.  Instead, Plaintiff made a nonresponsive filing (Doc. 6).  The Magistrate recommends dismissal without prejudice.  Plaintiff filed objections (Docs. 8 and 9) that, akin to his response to the order to supplement, are nonresponsive to the report and recommendation.  The report and recommendation is ADOPTED IN ITS ENTIREY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered separately.

IT IS SO ORDERED this 18th day of August, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE